Pamala Sue Terrell T534480
Name and Prisoner/Booking Number

Estrella Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 0 2019

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Pamala Sue Terrell,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone EtAL,
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-19-2327-PHX-DJH-DMF

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2. Institution/city where violation occurred: *ESTRELLA JAIL*

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: *Paul Penzone ETAL* . The first Defendant is employed
as: *Sheriff*                                              at *Estrella Jail/ Maricopa Jail*.
  <span style="font-size:smaller">(Position and Title)</span>                                                    <span style="font-size:smaller">(Institution)</span>

2.  Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at_____.
  <span style="font-size:smaller">(Position and Title)</span>                                                    <span style="font-size:smaller">(Institution)</span>

3.  Name of third Defendant:_____. The third Defendant is employed
as:_____ at_____.
  <span style="font-size:smaller">(Position and Title)</span>                                                    <span style="font-size:smaller">(Institution)</span>

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at_____.
  <span style="font-size:smaller">(Position and Title)</span>                                                    <span style="font-size:smaller">(Institution)</span>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☑ No

2.  If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

  a.  First prior lawsuit:
      1.  Parties:_____v. _____
      2.  Court and case number:_____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

  b.  Second prior lawsuit:
      1.  Parties:_____v. _____
      2.  Court and case number:_____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

  c.  Third prior lawsuit:
      1.  Parties:_____v. _____
      2.  Court and case number:_____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Section 1994 (1) (B)
(i i)

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: Black Mold

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Since being jailed at Estrella, I have beed experiencing memory loss, head aches, vomitting, disorientation, and respitory issues. This is all due to the black mold over all the entire facility.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The black mold is at dangerous levels and has effected my health and well being.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☒ No
   b. Did you submit a request for administrative relief on Count I?     ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There is no cure for the dangerous black mold and problem is ongoing.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other:_____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking daily compensation for the exposure to Black Mold. Paul Perzzone received funding to remove it and did nothing. My compensation and condition will be ongoing after release since there are long term consequences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 30, 2019_
DATE

_Pamela Sue Ferrell_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date        **April 5, 2019**

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

                                  **A7879**
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009